

# ARKANSAS COURT OF APPEALS

DIVISION IV
No. CR-13-791

| | |
|---|---|
| ANTHONY C. GRANGER<br>APPELLANT<br><br>V.<br><br>STATE OF ARKANSAS<br>APPELLEE | **Opinion Delivered** June 18, 2014<br><br>APPEAL FROM THE CRITTENDEN COUNTY CIRCUIT COURT<br>[NO. CR-2007-739]<br><br>HONORABLE RALPH WILSON, JR., JUDGE<br><br>AFFIRMED; MOTION TO WITHDRAW GRANTED |

## RHONDA K. WOOD, Judge

This is a no-merit brief from the revocation of Anthony Granger's suspended sentence. No pro se points have been filed. We affirm the revocation and grant counsel's motion to withdraw.

In 2007, Granger pleaded guilty to first-degree criminal mischief and theft of property. The circuit court sentenced him to 36 months' imprisonment and 120 months' suspended imposition of sentence. The State filed a petition to revoke the suspended sentence in April 2013. The petition alleged that Granger had violated the conditions of his suspended sentence by failing to pay fines and restitution and committing various new crimes.

A hearing took place wherein the circuit court found that Granger had violated his conditions by failing to pay fines and restitution and committing the new crimes of resisting arrest and possession of drug paraphernalia. It accordingly sentenced Granger to

72 months in prison. The no-merit brief asserts that there is no meritorious basis to appeal this decision. The brief also addresses the single adverse ruling (other than the revocation) and makes the same argument.

Under *Anders v. California*, 386 U.S. 738 (1967), and Ark. Sup. Ct. R. 4–3(k)(1) (2013), appellate counsel may file a motion to withdraw on grounds that the appeal is without merit. This motion should accompanied by an abstract and brief explaining why any adverse rulings do not provide a meritorious ground for reversal. After examining the no-merit brief and abstract, we agree that an appeal would be meritless. We further hold that counsel has complied with our rules. We therefore grant the motion to withdraw and affirm the revocation.

Affirmed; motion to withdraw granted.

HARRISON and GRUBER, JJ., agree.

*C. Brian Williams*, for appellant.

No response.